# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:       In Bankruptcy:

ELVIO CAPORUSCIO      Case No. 09-50650-SWR
TINA MARIA CAPORUSCIO      Chapter 7
     Hon. STEVEN W. RHODES

     Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $4.71 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| FIA Card Services, NA<br>By American Infosource<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 9 | $4.71 |

     **Total: $4.71**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 01/03/2011